UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS A. SWILLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-cv-294 |
| v. | ) | *Lee* |
| | ) | |
| METALWORKING SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are Defendant's motion for a protective order [Doc. 20] and Plaintiff's competing motion to compel [Doc. 21]. At issue is the permissible scope of a deposition noticed by Plaintiff and the production of documents requested in the notice of deposition. At the request of the parties, an expedited hearing was held on September 20, 2010, the morning of the noticed deposition. At that hearing, the Court issued an oral order and invited the parties to submit proposed orders or a proposed agreed order memorializing the oral order within one week. As the parties have not submitted proposed orders it appears all issues were resolved without the need for a further written order. Therefore, the motions [Doc. 20, Doc. 21] are **STRICKEN as MOOT**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE